IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Janice Roseburgh and Reginald Roseburgh, both individually and as guardian for John Doe, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Richland County School District Two,<br><br>Defendant. | C/A No.: 3:22-1001-MGL-SVH<br><br><br><br>ORDER |

Janice and Reginald Roseburgh,[1] both individually and on behalf of their minor child John Doe, ("Plaintiffs"), proceeding pro se, filed this action alleging state claims violation of federal law related to Doe. Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civ. Rule 73.02(B)(2)(e) (D.S.C.), this matter has been referred to the undersigned for all pretrial proceedings.

Plaintiffs cannot proceed pro se on behalf of John Doe. Plaintiffs do not allege that either is an attorney licensed to practice in South Carolina. While Plaintiffs have the authority to litigate their own claims pro se, *see* 28 U.S.C. § 1654, they do not have the authority to litigate on another's behalf. *See*

---

[1] The undersigned notes that Reginald Roseburgh has not signed the complaint and is subject to dismissal on this basis alone.

1

*Myers v. Loudoun Cnty. Pub. Schs.*, 418 F.3d 395, 401 (4th Cir. 2005) ("[N]on-attorney parents generally may not litigate the claims of their minor children in federal court."); *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975) ("[W]e consider the competence of a layman representing himself to be clearly too limited to allow him to risk the rights of others.").

Plaintiffs are permitted until April 19, 2022, to find counsel licensed in this court to represent John Doe. Plaintiff may contact the South Carolina Bar's referral service for more information. If no attorney files a notice of appearance in this case by April 19, 2022, this case may be dismissed. Additionally, Defendant's deadline to file an answer or otherwise plead is suspended until the resolution of Plaintiff's representation.

IT IS SO ORDERED.

March 29, 2022  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge